No. 268. EMERY BIRD THAYER DRY GOODS CO. ET AL. *v.* WILLIAMS ET AL.; and

No. 269. WILLIAMS ET AL. *v.* EMERY BIRD THAYER DRY GOODS CO. ET AL. On certificate from the Circuit Court of Appeals for the Eighth Circuit. Decided No-

vember 22, 1937. *Per Curiam:* The motion to bring up the entire record and cause is denied. Upon examination of the certificate, the certificate is dismissed. *Jewell* v. *Knight,* 123 U. S. 426, 433; *Baltimore & O. R. Co.* v. *Interstate Commerce Commission,* 215 U. S. 216, 221; *Biddle* v. *Luvisch,* 266 U. S. 173; *Smith* v. *Ajax Pipe Line Co.,* 298 U. S. 641; *Dixie Terminal Co.* v. *United States,* 298 U. S. 645. *Messrs. Armwell L. Cooper* and *Frederick H. Wood* for Emery Bird Thayer Dry Goods Co. et al., and *Messrs. Henry M. Channing* and *Barton Corneau* for Moses Williams et al. Reported below: 15 F. Supp. 938.